**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAY **2 0** 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | |
| JERMAIN L. MAZES, | ) | **4:15CR00242 HEA/TCM** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 27, 2015, in the City of St. Louis, within the Eastern District of Missouri,

#### JERMAIN L. MAZES,

the Defendant herein, did knowingly and intentionally possess with intent to distribute a quantity

of heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about March 27, 2015, in the City of St. Louis, within the Eastern District of Missouri,

#### JERMAIN L. MAZES,

the Defendant herein, did knowingly and intentionally possess with intent to distribute a quantity

of marijuana, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(D).

## COUNT THREE

The Grand Jury further charges that:

On or about March 27, 2015, in the City of St. Louis, within the Eastern District of Missouri,

### JERMAIN L. MAZES,

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime

which may be prosecuted in a court of the United States, that is, possession with intent to distribute

heroin and marijuana as charged in Counts One and Two.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title

18, United States Code, Section 924(c)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

On or about March 27, 2015, in the City of St. Louis, within the Eastern District of Missouri,

### JERMAIN L. MAZES,

the Defendant herein, having been previously convicted of one or more crimes punishable by a

term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly

possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the

Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).


A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney