**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 15-CR-00242-HEA/TCM |
| | ) |
| JERMAIN MAZES, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO PROCEED PRO SE AND TO HAVE STANDBY COUNSEL APPOINTED

Comes now Defendant, by his attorney John D. Stobbs II, and for his Motion To Proceed Pro Se and To Have Standby Counsel Appointed states:

1. The undersigned was appointed pursuant to the Criminal Justice Act on September 4, 2015 and the undersigned entered his appearance that date.

2. On September 8, 2015, the undersigned traveled to the St. Charles County jail to meet with Defendant.

3. During that meeting, Defendant indicated that he desired to proceed pro se, but that he would like to have the undersigned appointed as "Standby Counsel" in order to assist Defendant.

4. Defendant seemed to understand the pitfalls of proceeding pro se, but expressed a desire to do so.

5. The undersigned suggests that a hearing be held on the issue of whether or not Defendant should be allowed to proceed pro se.

6. The undersigned has filed a Motion requesting additional time in which to file pre-trial motions and advised Defendant that if granted, this would be the new motion filing deadline which he would have to abide by.  Defendant indicated he understood this.

WHEREFORE, Defendant requests that a Hearing be set so that he can be allowed to proceed pro se and to have the undersigned appointed standby counsel.

                JERMAIN MAZES

                STOBBS LAW OFFICES

BY:
                /s/John D. Stobbs II
                John D. Stobbs II, No. 43052
                E.D.Mo. Number 40623
                Attorney for Defendant
                307 Henry St. Suite 211
                Alton, Illinois 62002
                Telephone: (618)462-8484
                FAX: (618)462-8585
                Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2015 , a copy of the attached Motion was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Sayler Fleming
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002

3