COPY

"Notice of Accord, Settlement and Closure"
"In the Admiralty,"

RECEIVED
OCT 14 2015
BY MAIL

10·8·2015

From: Jermain Lamour Mazes,    Case No.
                                4:15·CR·00242 HEA·TCM

To: The Honorable Judge Mummert,

RE: Dear Honorable Judge Mummert, III, How are you doing today Sir? I pray Fine and even better by the time my Concerning letter reaches your embrace.

My reason for writing this 'rogatory' letter is to apologize, for all previous Commercial dishonors that may have been Committed by the defended/vessel 'JERMAIN LAMOUR MAZES', a ENS legal Fiction entity, please do let me remind you that I am only here by special appearance as a intervening third party without waiving any rights, remedies or defenses. I am a real party in interest, a living soul who is being injured by this action.

On June 1st, 2015 please check y'alls filing records I the living Soul/Paramount Creditor 'Jermain Lamour Mazes' contacted the U.S. Marshal office two weeks after the City of St.Louis dismissed the case to see if their was any warrant issued out for the arrest of the defended Which there was, I 'Jermain Lamour Mazes'/Creditor of the defended 'JERMAIN LAMOUR MAZES', was told that

the defended infact did have a warrant out for his arrest.

I 'Jermain Lamour Mazes', /secured party were asked by the U.S. Marshal's to have the defended/ENS Legis 'JERMAIN LAMOUR MAZES', in befor 5:00 pm, but we weren't able to arrive into some-where around 4:30 pm at the federal Corporation so the defendant legal fiction 'JERMAIN LAMOUR MAZES', could 'Self-Surrender' himself to the Marshal's.

Your Honor I believe we have a conflict over title, and I am here, having Settled this case to the Complete satisfaction of the plaintiffs, and having made all parties to this action whole but June 1st I the living man walked in under Special appearance 'Jermain Lamour Mazes', and was apprehanded for surety for the ENS legis 'JERMAIN LAMOUR MAZES', which is against the law of the U.C.C./Admiralty Low due to under 'Title 28 U.S.C 3001, Subparagraph 15, the United States is a Corporation, the federal bureau is a Corporation/Agency, Department, Commission a instrumentality of the United States, which is not allowed to injure a living man without Committing a Crime, It is a grievous injury for a corporation to injure a living man.

Your Honor on the defendants last court date, their were some charges read off by yourself, I don't know if they where for myself or the defendant nor if you were certifying the charges into the record, please under-stand 'Sir' for there to be no controversy as no accusation of harassment or any intended action to commit injury or to harass, I ask that you please take in my consideration of intention to fulfill all lawful obligations under public policy.

Meaning that the U.C.C. show that I and the defendant or two opposite individuals, I a live-flesh-and-blood man and the defendant is a corporation entity a legel fiction, Your Honor I haven't volunteered my liability away to become nobody's surety or have I given any corporation jurisdiction over I 'Jermain Lamour Mazes' as well for what I know no charges with my name is on the negotiable instrument haven't any charges been certified in the record against I the living man, with all do respect I ask to be released or for the accuser 'Ms. Saylor A Fleming' to certify them into the record.

It is also obligation under public policy, based on (HJR-192) that all papers for now on will be marked 'Accepted for Value' with my full name and Date plus exemption number

as consideration in exchange for payment of all obligations that have been attributed to the debtor.

I ask that <u>yourself & Ms. Sayler</u> to please exhibit evidence of a defect in the tender, and failure to exhibit evidence of a defect is — stipulated as an agreement and confession that there is no defect, that the tender is good as gold. I ask that all securities that has been issued in this case to be recalled and that we are given an "audit" of all securities: Any bid bonds, performance bonds, payment bonds, Miller bond, Non-Miller bonds, anything that has been issued in this case, we are recalling and we are discharging all liabilities here is my bond of exemption `124884204464`, and due to the value of a class felony-C being valued at $400,000.00 we placing in a bond for $1200,000.00 which is backed up by our exemption number which will be included into Case No. 4:15-CR-00242 HEA/TCM followed up by a B-10 Form which under y'alls status Chapter 11 permits discovery befor you file, so I ask for a claim, because we will honor all verified claims, but remember if you fail to state a claim(s) within ten (10) days and then come into court and you state one I'm asking for a fine of $500,000. once again

With all do respect I will be sending a copy of this letter to the 'IRS' so that we can ledger the post settlement closure and get this matter finished so we can all get on with our business.

/s/ Jermain Lamour Mazes
Jermain Lamour Mazes —
The Living Man
Respectfully Submitted.

Subscribed and sworn to befor me this 7 day of October 20 15,

SCOTT WATTELET
Notary Public - Notary Seal
State of Missouri
Commissioned for Lincoln County
My Commission Expires: June 21, 2019
Commission Number: 15063613

My Commission Expires: 06 / 21 / 2019.

Jermain Lazz 1105 2015
SLDC Corr. Center
341 N. 2nd Street
St. Charles, MO [63301]

RECEIVED
OCT 14 2015
BY MAIL

Honorable Judge Thomas C. Mummert, III
111 South 10th Street
St. Louis, MO [63102]

