UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  **4:15CR0242 HEA/TCM** |
| | ) |
| **JERMAIN L. MAZES,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER AND REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the Memorandum filed this date and incorporated herein,

**IT IS HEREBY ORDERED** that Defendant's objections to this Court's jurisdiction over his person are **OVERRULED**.  [Docs. 44, 45, 46, 47, 48, 49]

**IT IS FURTHER ORDERED** Defendant's motion for a *Franks* hearing is **DENIED**.  [Doc. 60]

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Statements and Evidence be **DENIED**.  [Doc. 50]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

The trial of this matter will be before the Honorable Henry E. Autrey, United States District Judge, at a date to be determined by him.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of December, 2015.