IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 15-CR-00242-HEA/TCM |
| JERMAIN MAZES, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION TO CONTINUE APRIL 4, 2016 TRIAL**

Comes now Defendant, by his attorney John D. Stobbs II, and for his Motion to Continue April 4, 2016 Trial states:

1. Since ceasing to represent himself *pro se* Defendant and the undersigned have met on several occasions.

2. Defendant has given the undersigned a great deal of witnesses to speak to, documents to be subpoenaed, as well as avenues of investigation.

3. The undersigned has reviewed Defendant's requests and believes that they are not spurious. As such the undersigned requires additional time in which to investigate Defendant's requests as well as to subpoena the requested documents.

4. On March 7, 2016 the undersigned spoke with Assistant U.S. Attorney Fleming who indicated she did not oppose a continuance.

5. Defendant has previously signed and filed a Waiver of Speedy Trial.

WHEREFORE, Defendant requests that his trial be continued for a period of at least 60 days to the June, 2016 docket.

1

JERMAIN MAZES

STOBBS LAW OFFICES

BY:

/s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on <u>March 8, 2016</u>, a copy of the attached *Defendant's Motion to Continue* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Sayler Fleming
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102


STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002