# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 15-CR-00242-HEA/TCM |
| JERMAIN MAZES, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION TO CONTINUE JUNE 13, 2016 TRIAL

Comes now Defendant, by his attorney John D. Stobbs II, and for his Motion To Continue June 13, 2016 Trial states:

1.  Additional discovery has been disclosed which requires additional time to investigate.

2.  The Government has no objection to a continuance.

3.  Defendant has previously waived his rights to a speedy trial.

WHEREFORE, Defendant requests that the June 13, 2016 Trial be continued to the September, 2016 docket.

JERMAIN MAZES

STOBBS LAW OFFICES

BY: /s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 27, 2016</u> , a copy of the attached *Defendant's Motion to Continue June 13, 2016 Trial* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Sayler Fleming
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002