**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 15-CR-00242-HEA/TCM |
| | ) |
| JERMAIN MAZES, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF REQUEST FOR A FRYE HEARING**

Comes now Defendant, by his attorney John D. Stobbs II, and hereby gives notice of his Request for a Frye Hearing and states:

*I. Introduction*

1. Pursuant to *Frye v. Missouri*, prior to trial, a record needs to be made regarding all *formal* plea offers made to a Defendant.

2. In this case, there has been one *formal* plea offer reduced to writing, the attached Plea Agreement (Exhibit A).

3. The Plea Agreement was finalized during the week of August 8, 2016.

4. Defendant filed Motions in this matter while representing himself *pro se* and facts have arisen which might allow him to file another pre-trial motion.

5. If said pre-trial motion is filed, and Defendant is not successful, the undersigned believes that the aforesaid plea offer will be "pulled" by the Government.

6. Said plea proposal has been rejected by Defendant and the undersigned believes that a formal Frye Hearing is required so as to avoid a problem whereby Defendant desires to accept the plea offer after an unsuccessful result at a Motion Hearing only to be told by the Government that the plea offer is no longer available.

WHEREFORE, Defendant notifies this Honorable Court pursuant to *Frye* of his interpretation of the plea offers made in this case and requests a Hearing on same.

        JERMAIN MAZES

        STOBBS LAW OFFICES

BY:

        /s/John D. Stobbs II
        John D. Stobbs II, No. 43052
        E.D.Mo. Number 40623
        Attorney for Defendant
        307 Henry St. Suite 211
        Alton, Illinois 62002
        Telephone: (618)462-8484
        FAX: (618)462-8585
        Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 15, 2016</u>, a copy of the attached *Defendant's Notice of Request for Frye Hearing* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Sayler Fleming
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002